# Criminal Case Cover Sheet
**U.S. District Court**

**FILED:** REDACTED

**Place of Offense:**
- City: Arlington
- County: Arlington

☐ Under Seal

Superseding Indictment: 
Same Defendant: 
Magistrate Judge Case No.: 1:26-MJ-008
Search Warrant Case No.: 

**Judge Assigned:** Hon. Davis
**Criminal No.:** 
**New Defendant:** 
**Arraignment Date:** 
**R. 20/R. 40 From:** 

## Defendant Information:
- **Defendant Name:** PATRICK WANAMAKER
- **Alias(es):**
- ☐ Juvenile
- **FBI No.:** XXXXXXXXX
- **Address:** XXXXXXXXXXXXXXXXXXXXXXXXXXXXX, Arlington, VA 22201
- **Employment:**
- **Birth Date:** XX/XX/1990
- **SSN:** XXX-XX-XXXX
- **Sex:** Male
- **Race:**
- **Nationality:** USA
- **Place of Birth:**
- **Height:**
- **Weight:**
- **Hair:**
- **Eyes:**
- **Scars/Tattoos:**
- ☐ Interpreter **Language/Dialect:**
- **Auto Description:**

## Location/Status:
- **Arrest Date:**
- ☐ Already in Federal Custody as of: in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:
- **Name:**
- ☐ Court Appointed
- **Counsel Conflicts:**
- **Address:**
- ☐ Retained
- **Phone:**
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:
- **AUSA(s):** SAUSA Alexandra Minghella
- **Phone:** 703-XXX-XXXX
- **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**
Kathleen Callaway; Special Agent, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2252(a)(2) | Receipt of child pornography | 1 | Felony |
| Set 2: | 18 U.S.C. § 2252(a)(4)(B) | Possession of and access with intent to view child pornography | 1 | Felony |

**Date:** 1/09/2026
**AUSA Signature:** *Alexandra Minghella*

*may be continued on reverse*